IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCHARD YARN AND THREAD COMPANY INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>LAST BRAND, INC.,<br><br>      Defendant. | C.A. No. 24-805-GBW |

### STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO SERVE A RESPONSIVE PLEADING

It is hereby stipulated and agreed, subject to the approval of the Court, by Plaintiff Orchard Yarn and Thread Company Inc. ("Orchard" or "Plaintiff") and Defendant Last Brand, Inc. ("Last Brand" or "Defendant") that the deadline for Last Brand to move, answer or otherwise respond to the Complaint, D.I. 1, currently set for August 5, 2024, shall be extended to September 19, 2024.

Dated: August 2, 2024

| **SMITH KATZENSTEIN & JENKINS LLP** | **MORRIS, NICHOLS, ARSHT &TUNNELL LLP** |
|---|---|
| */s/ Daniel A. Taylor* | */s/ Brian P. Egan* |
| Neal C. Belgam (No. 2721)<br>Daniel A. Taylor (No. 6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com | Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>began@morrisnichols.com |
| *Attorneys for Plaintiff*<br>*Orchard Yarn and Thread Company Inc.* | *Attorneys for Defendant Last Brand, Inc.* |

IT IS SO ORDERED this _____ day of August, 2024.

_____
United States District Judge