IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCHARD YARN AND THREAD COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> LAST BRAND INC., <br><br> Defendant. | C.A. No. 24-805-GBW |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Myron Greenspan and Cathy E. Shore Sirotin of NOLTE LACKENBACH SIEGEL, 111 Brook Street, Suite 101, Scarsdale, NY 10583, to represent Plaintiff Orchard Yarn and Thread Company Inc. in the above-captioned matter.

Dated: September 6, 2024

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff Orchard Yarn and Thread Company Inc.*

2

## **ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's Motion for Admissions *Pro Hac Vice* of Myron Greenspan and Cathy E. Shore Sirotin is GRANTED.

Dated: September __, 2024

                                            _____
                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States Supreme Court, the United States Court of Appeals for the Federal Circuit, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Western District of New York, and the United States Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: September 6, 2024

                                          */s/ Myron Greenspan*
                                          Myron Greenspan
                                          NOLTE LACKENBACH SIEGEL
                                          111 Brook Street, Suite 101
                                          Scarsdale, NY 10583
                                          O: 866-201-2030 ext, 139
                                          D: 914-723-4668
                                          F: 914-723-4301
                                          mgreenspan@nls.law

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, State of New Jersey, State of California, the District of Columbia, the United States Supreme Court, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Western District of New York, the United States District Court for the Central District of California, the United States District Court for the Southern District of California, the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Federal Circuit. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  September 6, 2024

*/s/ Cathy E. Shore Sirotin*
Cathy E. Shore Sirotin
NOLTE LACKENBACH SIEGEL
111 Brook Street, Suite 101
Scarsdale, NY 10583
O: 866-201-2030 ext, 144
C: 914-325-7994
F: 832-201-8247
cshore@nls.law