IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORCHARD YARD AND THREAD COMPANY INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 24-805 (GBW) |
| LAST BRAND, INC., | ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS PURSUANT TO
## FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND 12(f)

Defendant Last Brand, Inc. respectfully moves to dismiss Counts III, IV, and VI of the

Complaint (D.I. 1) pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f). The grounds

for this Motion are set forth in Defendant's Opening Brief in Support of Its Motion to Dismiss

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

_____
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE   19899-1347
(302) 658-9200
began@morrisnichols.com

*Attorneys for Defendant*

OF COUNSEL:

Zachary M. Briers
Adam W. Kwon
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
(213) 683-9100

September 19, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORCHARD YARD AND THREAD COMPANY INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 24-805 (GBW) |
| LAST BRAND, INC., | ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND 12(f)**

Before the Court is Defendant's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f). Having fully reviewed the record associated with Defendant's Motion, the Court hereby GRANTS Defendant's Motion.  Counts III, IV, and VI of the Complaint (D.I. 1) are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Signed this _____ day of _____, 2024.

_____
HON. GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 19, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Myron Greenspan, Esquire<br>Robert Golden, Esquire<br>Cathy Shore Sirotin, Esquire<br>NOLTE LACKENBACH SIEGEL<br>111 Brook Street, Suite 101<br>Scarsdale, NY  10583<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Brian P. Egan*
_____
Brian P. Egan (#6227)