# EXHIBIT 3

























