# EXHIBIT 4



**ME OFFICE**
2 VICTORIA LANE
FALMOUTH, ME 04105

NY OFFICE
SUITE E121
244 FIFTH AVE
NEW YORK, NY 10001

EMILY A. DANCHUK, ESQ.

NJ OFFICE
SUITE 200
411 HACKENSACK AVE.
HACKENSACK, NJ 07106

PA OFFICE
FLOOR 2
21 S. 11TH STREET
PHILADELPHIA, PA 19107

**VIA U.S. PRIORITY MAIL and EMAIL**

January 13, 2022

Mr. Sid Gupta
Last Brand, Inc. d/b/a Quince
47 Gilbert Street
San Francisco, CA 94103

Email: care@onequince.com

**RE: Trademark Infringement of QUINCE**

Dear Mr. Gupta:

      This firm represents Quince & Co., Inc. ("Quince & Co.") in its intellectual property matters. Quince & Co. is a yarn and knitting supply company based in Portland, Maine. Quince & Co. is also the owner of pending U.S. Trademark Application Serial No. 90/510,356 for the mark QUINCE & CO. for, generally, yarn, knitting patterns and knitting accessories with a filing date of February 4, 2021 and a first use date of January 11, 2010. A copy of the TESS record for Quince & Co.'s trademark is attached for your ready reference.

      Quince & Co. has been using the trademarks QUINCE & CO. and QUINCE[1] in connection with its yarn and knitting related goods since at least as early as 2010 and has become exclusively associated with these marks ("the QUINCE Trademarks"). Quince & Co. has expended significant expense and resources in marketing and promoting its goods over the last twelve years under the QUINCE Trademarks; accordingly, consumers have come to associate the QUINCE mark specifically with Quince & Co. and its goods.

      It has come to Quince & Co.'s attention that Last Brand, Inc. ("Last Brand") has been using the mark QUINCE in connection with apparel, textile homewares and related retail services, and that Last Brand has filed several trademark applications for QUINCE. We understand from your applications that Last Brand's earliest use of the mark was June 2020. As Quince & Co.'s first use of the QUINCE Trademarks occurred well before Last Brand's first use of the same mark, our client has priority rights in and to the mark QUINCE.

---

[1] Quince & Co. uses both trademarks QUINCE & CO. and QUINCE interchangeably to refer to its brand.

ADMITTED IN NEW YORK, PENNSYLVANIA AND MAINE
DIRECT: 207.747.4135 ■ MOBILE: 917.400.1663 ■ EMAIL: EMILY@EMILYESQUIRE.COM

Quince & Co. is currently experiencing customer confusion between its brand and Last Brand's QUINCE brand; attached please find a screenshot demonstrating the significant number of emails received by Quince & Co. from Last Brand's customers who were confused as to the source of the apparel goods they purchased. Quince & Co. is justifiably concerned that that Last Brand's use of the mark QUINCE will continue to cause consumer confusion as to the source, affiliation, and/or sponsorship of the goods. Given our client's prior rights in and to the QUINCE Trademarks, this actual confusion and the continued likelihood of confusion constitutes trademark infringement.

Accordingly, we must demand that Last Brand immediately cease its use of the mark QUINCE in connection with its apparel, homewares and related services and choose an alternative mark which is not confusingly similar to our client's mark. Specifically, we demand that you:

1. Cease all use of the mark QUINCE on your products and on your website and social media pages;

2. Remove any store signage which bears the QUINCE mark;

3. Destroy any and all advertising, marketing and promotional materials using the QUINCE mark; and

4. Expressly abandon your federal trademark applications for the trademark QUINCE (namely, U.S. Trademark Application Serial Nos. 90/110,149, 90/678,169 and 90/678,247).

Once you confirm that you will cooperate with all of the above demands, I will prepare a settlement agreement for your review and execution.

I will expect your response in no more than ten (10) business days. If we do not receive your response by **January 28, 2022**, I will have no choice but to recommend that our client take appropriate legal action to protect its trademark rights. Should you have any questions, please contact me. Quince & Co., Inc. reserves all rights.

    Sincerely,

    *s/ Emily A. Danchuk*
    Emily A. Danchuk

enc.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Jan 7 03:32:22 EST 2022

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# QUINCE & CO.

| | |
|---|---|
| **Word Mark** | QUINCE & CO. |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable image files containing patterns and instructions for knitting. FIRST USE: 20100111. FIRST USE IN COMMERCE: 20100111<br><br>IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed patterns and instruction sheets for knitting. FIRST USE: 20100111. FIRST USE IN COMMERCE: 20100111<br><br>IC 023. US 043. G & S: Yarn; Knitting Yarn; Wool Yarn; Alpaca Yarn; Mohair Yarn; Merino Wool Yarn; Cotton yarn; Hemp yarn; Silk Yarn; Natural fiber Yarn. FIRST USE: 20100111. FIRST USE IN COMMERCE: 20100111 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90510356 |
| **Filing Date** | February 4, 2021 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) QUINCE & COMPANY, INC. CORPORATION MAINE 22 Monument Square, Suite 602 Portland MAINE 04101 |
| **Attorney of Record** | Emily A. Danchuk, Esq. |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "& CO." APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| | | | |
|---|---|---|---|
| ☐ ☆ | 'Colleen Pantano' v. 2 | Order #94918 - Sorry!! I did this earlier in week, I did it again. Wrong company 😊 Sent from my iPhone > On Jan 22, 2021, at 12:08 PM, Colleen Pantano <colleenpantano@aol.com> wrote: >... | 1:10 PM |
| ☐ ★ | 'Quince, me 2 | New customer message on January 22, 2021 at 9:55 am - Hi Loretta, I'm sorry to say, but you have reached out to the wrong company. We are Quince & Co, a yarn and knitting company. I b... | 9:56 AM |
| ☐ ☆ | 'Quince, me, Najwa 3 | New customer message on January 21, 2021 at 7:50 pm - Thank you Sent from my iPhone On Jan 22, 2021, at 8:20 AM, Kaycee Snowden <kaycee@quinceandco.com> wrote: | 8:46 AM |
| ☐ ☆ | 'Quince, me 2 | New customer message on January 21, 2021 at 1:14 pm - Hi Bette, I'm sorry to say, but you have reached out to the wrong company. We are Quince & Co, a yarn and knitting company. I beli... | Jan 21 |
| ☐ ☆ | Colleen Pantano | Re: Order #96680 - Thank you so much for getting back to me!! Appreciate that. Sorry for the trouble. Colleen Pantano Sent from my iPhone > On Jan 20, 2021, at 2:29 PM, Kaycee Snowden... | Jan 20 |
| ☐ ☆ | 'Colleen, me 2 | Order #96680 - Hi Colleen, I'm sorry to say, but you have reached out to the wrong company. We are Quince & Co, a yarn and knitting company. I believe you are looking for One Quince and ... | Jan 20 |
| ☐ ☆ | mike, me 2 | Defective Sweater - Hi Mike, I'm sorry to say, but you have reached out to the wrong company. We are Quince & Co, a yarn and knitting company. I believe you are looking for One Qui | Jan 20 |
| | | 🖼 IMG_0995.HEIC | |
| ☐ ☆ | 'michael pearson' v. | Defective sweater - I bought this sweater a month ago, have worn it twice, and this is what it looks like. Can I get a refund or a new sweater? Michael Pearson Sent from my iPhone | Jan 20 |
| | | 🖼 IMG_0995.jpg | |
| ☐ ☆ | 'Quince, me, Edward 3 | New customer message on January 16, 2021 at 6:49 pm - Thank you Kaycee, my apologies for the mistake! | Jan 19 |
| ☐ ☆ | Theresa, me 2 | Return requirements? - Hi Theresa, Thanks for reaching out! I'm sorry to say, but it seems you have reached out to the wrong company. We are Quince & Co, a yarn and knitting company. | Jan 19 |
| ☐ ☆ | Mary, me 3 | Finished Return Inquiry - Thanks so much and sorry for the mix-up. Mary Louise From: Kaycee Snowden <kaycee@quinceandco.com> Sent: Tuesday, January 19, 2021 9:54 AM To: Mary Lo... | Jan 19 |
| ☐ ☆ | 'Quin., Audrey, me 4 | New customer message on January 15, 2021 at 10:37 am - Hi Audrey, I'm sorry to say, but it seems you have reached out to the wrong company. I believe you are looking for One Quince. I ... | Jan 15 |
| ☐ ★ | Mary, me 3 | Exchange - Thank you for your response. Sent from my iPhone On Jan 15, 2021, at 9:05 AM, Kaycee Snowden <kaycee@quinceandco.com> wrote:  Hi Mary, I'm sorry to say, but you have re... | Jan 15 |
| ☐ ☆ | 'amy, me 2 | Cashmere sweat pants in small. Hoodie in small. - Hi Amy, I'm sorry to say, but you have reached out to the wrong company. We are Quince & Co, a yarn and knitting company. I believe you ... | Jan 15 |
| ☐ ☆ | Danny, me 2 | Cashmere Sweaters - Hi Danny, I'm sorry to say, but you have reached out to the wrong company. We are Quince & Co, a yarn and knitting company. I believe you are looking for One Qu | Jan 14 |
| ☐ ☆ | 'Quince, me, Stacey 3 | New customer message on January 13, 2021 at 11:04 am - Yes I'm so sorry -I figured that out. Stay well and thank you for letting me know. On Thu, Jan 14, 2021, 5:15 AM Kaycee Snowden... | Jan 14 |
| ☐ ☆ | 'Quince, me 2 | New customer message on January 12, 2021 at 4:29 pm - Hi Ilija, Thanks for reaching out! I'm sorry to say, but you have reached out to the wrong company. We are Quince & Co, a yarn and ... | Jan 14 |
| ☐ ☆ | 'Quince, me 2 | New customer message on January 13, 2021 at 3:15 pm - Hi Alisa, Thanks for reaching out! I'm sorry to say, but you have reached out to the wrong company. We are Quince & Co, a yarn an... | Jan 14 |