# EXHIBIT 6

[www.quince.com](http://www.quince.com)

September 27, 2024

