IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCHARD YARN AND THREAD COMPANY INC., </br></br> Plaintiff, </br></br> v. </br></br> LAST BRAND, INC., </br></br> Defendant. | ) ) ) ) ) ) C.A. No. 24-805 (GBW) ) ) ) ) ) |

**STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO SERVE A RESPONSIVE PLEADING**

It is hereby stipulated and agreed, subject to the approval of the Court, by Plaintiff Orchard Yarn and Thread Company Inc. and Defendant Last Brand, Inc. that the deadline for Defendant to move, answer or otherwise respond to the First Amended Complaint, D.I. 15, currently set for October 17, 2024, shall be extended to October 31, 2024.

SMITH KATZENSTEIN & JENKINS LLP

/s/ Daniel A. Taylor
_____
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com
*Attorneys for Plaintiff*

October 4, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Brian P. Egan
_____
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE   19899-1347
(302) 658-9200
began@morrisnichols.com

*Attorneys for Defendant*

IT IS SO ORDERED this \_\_\_\_ day of October 2024.

_____
Hon. Gregory B. Williams
United States District Judge