IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCHARD YARN AND THREAD COMPANY INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  C.A. No. 24-805 (GBW) |
| LAST BRAND, INC., | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S PARTIAL MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) OR 28 U.S.C. § 1367(c)**

Defendant Last Brand, Inc. respectfully moves to dismiss Count IV of Plaintiff's First Amended Complaint (D.I. 15) pursuant to Federal Rule of Civil Procedure 12(b)(6) or 28 U.S.C. § 1367(c). The grounds for this Motion are set forth in Defendant's Opening Brief in Support of Its Partial Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) or 28 U.S.C. §1367(c), filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
began@morrisnichols.com

*Attorneys for Defendant*

OF COUNSEL:

Zachary M. Briers
Adam W. Kwon
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
(213) 683-9100

October 31, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCHARD YARN AND THREAD COMPANY INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 24-805 (GBW) ) |
| LAST BRAND, INC., | ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO <u>FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) OR 28 U.S.C. § 1367(c)</u>**

Before the Court is Defendant's Partial Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) or 28 U.S.C. § 1367(c). Having fully reviewed the record associated with Defendant's Motion, the Court hereby GRANTS Defendant's Motion pursuant to Rule 12(b)(6) and DENIES AS MOOT Defendant's Motion pursuant to 28 U.S.C. § 1367(c). Count IV of the First Amended Complaint (D.I. 15) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Signed this _____ day of _____, 2024.

_____
HON. GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 31, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Myron Greenspan, Esquire<br>Robert Golden, Esquire<br>Cathy Shore Sirotin, Esquire<br>NOLTE LACKENBACH SIEGEL<br>111 Brook Street, Suite 101<br>Scarsdale, NY  10583<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)