IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCHARD YARN AND THREAD COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> LAST BRAND, INC., <br><br> Defendant. | Civil Action No. 24-805-GBW |

## ORDER

At Wilmington this 6th day of October 2025:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendant Last Brand, Inc.'s Partial Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) or 28 U.S.C. § 1367(c) (D.I. 17) is **DENIED**.

GREGORY B. WILLIAMS
U.S. DISTRICT JUDGE