IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCHARD YARN AND THREAD COMPANY INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 24-805 (GBW) |
| LAST BRAND, INC., | ) ) ) |
| Defendant. | ) ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Erin J. Cox of MUNGER, TOLLES & OLSON LLP to represent Defendant Last Brand, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

_____
Brian P. Egan (#6227)
Ben Yenerall (#7132)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
began@morrisnichols.com
byenerall@morrisnichols.com

October 28, 2025

*Attorneys for Defendant*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Erin J. Cox is granted.

Date: _____         _____
                                                                   United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/2024, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 10/28/2025

/s/ *Erin J. Cox*
Erin J. Cox
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
(213) 683-9100
erin.cox@mto.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 28, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Myron Greenspan, Esquire<br>Robert Golden, Esquire<br>Cathy Shore Sirotin, Esquire<br>NOLTE LACKENBACH SIEGEL<br>111 Brook Street, Suite 101<br>Scarsdale, NY  10583<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)