# SMITH KATZENSTEIN JENKINS LLP

November 6, 2025

*Via CM/ECF*

The Honorable Gregory B. Williams
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, Delaware 19801

**Re:  Orchard Yarn and Thread Company Inc. v. Last Brand, Inc.,**
**C.A. No. 24-805-GBW**

Dear Judge Williams:

    I write jointly on behalf of the parties in response to Your Honor's October 7, 2025 Oral Order directing the parties to submit this letter and the attached proposed Scheduling Order(s) in the above matter.

    The parties have met and conferred and have reached agreement on two alternate proposed case schedules, subject to the Court's availability, each culminating in a 5-day jury trial. These are as follows:

1) **July 2027 Trial**. **Exhibit 1** proposes a trial in approximately July 2027 (subject to the Court's availability). Under this schedule, dispositive motions would be fully briefed on February 23, 2027. Also, this schedule, will enable the parties to bring this case to trial before it becomes reportable in September 2027.

2) **September 2028 Trial**. **Exhibit 2** proposes a trial in approximately September 2028 (subject to the Court's availability). The parties propose this schedule based upon trial dates Your Honor has recently scheduled in other matters.

    Counsel is available should Your Honor have any questions.

The Honorable Gregory B. Williams
November 6, 2025
Page 2

Respectfully,

*/s/ Daniel A. Taylor*

Daniel A. Taylor (No. 6934)
*Attorney for Plaintiff, Orchard Yarn and Thread Company Inc.*