IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCHARD YARN AND THREAD COMPANY INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 24-805 (GBW) ) |
| LAST BRAND, INC., | ) ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Defendant's Initial Disclosures* were caused to be served on November 21, 2025, upon the following in the manner indicated:

Neal C. Belgam, Esquire  *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
*Attorneys for Plaintiff*

Myron Greenspan, Esquire  *VIA ELECTRONIC MAIL*
Robert Golden, Esquire
Cathy Shore Sirotin, Esquire
NOLTE LACKENBACH SIEGEL
111 Brook Street, Suite 101
Scarsdale, NY 10583
*Attorneys for Plaintiff*

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Brian P. Egan* |
| OF COUNSEL: | Brian P. Egan (#6227) |
|  | Ben Yenerall (#7132) |
| Erin J. Cox | 1201 North Market Street |
| Adam W. Kwon | P.O. Box 1347 |
| MUNGER, TOLLES & OLSON LLP | Wilmington, DE 19899-1347 |
| 350 South Grand Avenue, 50th Floor | (302) 658-9200 |
| Los Angeles, CA 90071-3426 | began@morrisnichols.com |
| (213) 683-9100 | byenerall@morrisnichols.com |
|  | *Attorneys for Defendant* |
| November 21, 2025 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 21, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Myron Greenspan, Esquire<br>Robert Golden, Esquire<br>Cathy Shore Sirotin, Esquire<br>NOLTE LACKENBACH SIEGEL<br>111 Brook Street, Suite 101<br>Scarsdale, NY  10583<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)