# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCHARD YARN AND THREAD COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> LAST BRAND INC., <br><br> Defendant. | C.A. No. 24-805-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 24, 2025, pursuant to the Scheduling Order (D.I. 29 at 29 at ¶ 1), Plaintiff Orchard Yarn and Thread Company Inc.'s served its Federal Rule of Civil Procedure 26(a)(1) initial disclosures on the following counsel of record:

Brian P. Egan
Ben Yenerall
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
began@morrisnichols.com
byenerall@morrisnichols.com

Erin J. Cox
Adam W. Kwon
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
(213) 683-9100
erin.cox@mto.com
adam.kwon@mto.com

Dated: November 24, 2025

        **SMITH KATZENSTEIN & JENKINS LLP**

        */s/ Daniel A. Taylor*
        Neal C. Belgam (No. 2721)
        Daniel A. Taylor (No. 6934)
        1000 North West Street, Suite 1501
        Wilmington, DE 19801
        (302) 652-8400
        nbelgam@skjlaw.com
        dtaylor@skjlaw.com

        *Attorneys for Plaintiff Orchard Yarn and Thread Company Inc.*