IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCHARD YARN AND THREAD COMPANY INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 24-805 (GBW)<br>) |
| LAST BRAND, INC., | )<br>)<br>) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Heidi G. Crikelair, David M. Perry, and Jillian M. Taylor of BLANK ROME LLP to represent Defendant Last Brand, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

_____
Brian P. Egan (#6227)
E. Paul Steingraber (#7459)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
began@morrisnichols.com
esteingraber@morrisnichols.com

December 10, 2025

*Attorneys for Defendant*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Heidi G. Crikelair, David M. Perry, and Jilliam M. Taylor is granted.

Date: _____   _____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New York and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/2024, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: December 10, 2025   /s/ *Heidi G. Crikelair*
　　　　　　　　　　　　　Heidi G. Crikelair
　　　　　　　　　　　　　BLANK ROME LLP
　　　　　　　　　　　　　One Logan Square
　　　　　　　　　　　　　130 North 18th Street
　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　(215) 569-5500

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/2024, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:  December 10, 2025                     /s/ David M. Perry
                                             David M. Perry
                                             BLANK ROME LLP
                                             One Logan Square
                                             130 North 18th Street
                                             Philadelphia, PA 19103
                                             (215) 569-5500

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/2024, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: December 10, 2025        */s/ Jillian M. Taylor*
                               Jillian M. Taylor
                               BLANK ROME LLP
                               One Logan Square
                               130 North 18th Street
                               Philadelphia, PA 19103
                               (215) 569-5500

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 10, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Myron Greenspan, Esquire<br>Robert Golden, Esquire<br>Cathy Shore Sirotin, Esquire<br>NOLTE LACKENBACH SIEGEL<br>111 Brook Street, Suite 101<br>Scarsdale, NY 10583<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Brian P. Egan*

Brian P. Egan (#6227)