# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCHARD YARN AND THREAD COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> LAST BRAND INC., <br><br> Defendant. | C.A. No. 24-805-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 12, 2025, Plaintiff Orchard Yarn and Thread Company Inc.'s served its initial disclosures pursuant to Paragraph 1 of the Scheduling Order (D.I. 29 at ¶ 1) and Paragraph 3 of the District of Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") on the following counsel of record:

Brian P. Egan
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
began@morrisnichols.com

Heidi G. Crikelair
David M. Perry
Jillian M. Taylor
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5500
heidi.crikelair@blankrome.com
david.perry@blankrome.com
jillian.taylor@blankrome.com

Dated: December 12, 2025

        **SMITH KATZENSTEIN & JENKINS LLP**

        */s/ Daniel A. Taylor*
        Neal C. Belgam (No. 2721)
        Daniel A. Taylor (No. 6934)
        1000 N. West Street, Suite 1501
        Wilmington, DE 19801
        (302) 652-8400
        nbelgam@skjlaw.com
        dtaylor@skjlaw.com

        *Attorneys for Plaintiff Orchard Yarn and Thread Company Inc.*