IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCHARD YARN AND THREAD COMPANY INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 24-805 (GBW) ) |
| LAST BRAND, INC., | ) ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Defendant's Initial Disclosures Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information* were caused to be served on December 22, 2025, upon the following in the manner indicated:

Neal C. Belgam, Esquire  *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Plaintiff*

Myron Greenspan, Esquire  *VIA ELECTRONIC MAIL*
Robert Golden, Esquire
Cathy Shore Sirotin, Esquire
NOLTE LACKENBACH SIEGEL
111 Brook Street, Suite 101
Scarsdale, NY  10583
*Attorneys for Plaintiff*

|  |  |
|---|---|
| OF COUNSEL:<br><br>Heidi G. Crikelair<br>David M. Perry<br>Jillian M. Taylor<br>BLANK ROME LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>(215) 569-5500<br><br>December 22, 2025 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ E. Paul Steingraber*<br>_____<br>Brian P. Egan (#6227)<br>E. Paul Steingraber (#7459)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>began@morrisnichols.com<br>esteingraber@morrisnichols.com<br><br>*Attorneys for Defendant* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 22, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Myron Greenspan, Esquire<br>Robert Golden, Esquire<br>Cathy Shore Sirotin, Esquire<br>NOLTE LACKENBACH SIEGEL<br>111 Brook Street, Suite 101<br>Scarsdale, NY  10583<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ E. Paul Steingraber*

E. Paul Steingraber (#7459)