**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ORCHARD YARN AND THREAD COMPANY INC., | |
| Plaintiff, | |
| v. | C.A. No. 24-805-GBW |
| LAST BRAND INC., | |
| Defendant. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 13, 2026, Plaintiff Orchard Yarn and Thread Company Inc.'s served its Responses and Objections to Last Brand's First Set of Requests for Production (Nos. 1–31) and First Set of Interrogatories (Nos. 1–20) on the following counsel of record:

Brian P. Egan
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
began@morrisnichols.com

Heidi G. Crikelair
David M. Perry
Jillian M. Taylor
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5500
heidi.crikelair@blankrome.com
david.perry@blankrome.com
jillian.taylor@blankrome.com

Dated: April 13, 2026

                               **SMITH KATZENSTEIN & JENKINS LLP**

                               */s/ Daniel A. Taylor*
                               Neal C. Belgam (No. 2721)
                               Daniel A. Taylor (No. 6934)
                               1000 N. West Street, Suite 1501
                               Wilmington, DE 19801
                               (302) 652-8400
                               nbelgam@skjlaw.com
                               dtaylor@skjlaw.com

                               *Attorneys for Plaintiff Orchard Yarn and Thread Company Inc.*