IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORCHARD YARN AND THREAD COMPANY INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 24-805 (GBW) |
| LAST BRAND, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Defendant's Second Set of Interrogatories to Plaintiff Orchard Yarn and Thread Company, Inc.*; and (2) *Defendant's Second Set of Requests for Production of Documents and Things to Plaintiff Orchard Yarn and Thread Company, Inc.*, were caused to be served on July 23, 2026, upon the following in the manner indicated:

Neal C. Belgam, Esquire                                     *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Plaintiff*

Myron Greenspan, Esquire                                 *VIA ELECTRONIC MAIL*
Robert Golden, Esquire
Cathy Shore Sirotin, Esquire
NOLTE LACKENBACH SIEGEL
111 Brook Street, Suite 101
Scarsdale, NY  10583
*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

_____

OF COUNSEL:

Heidi G. Crikelair
David M. Perry
Jillian M. Taylor
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5500

July 23, 2026

Brian P. Egan (#6227)
E. Paul Steingraber (#7459)
1201 North Market Street
P.O. Box 1347
Wilmington, DE   19899-1347
(302) 658-9200
began@morrisnichols.com
esteingraber@morrisnichols.com

*Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 23, 2026, upon the following in the manner indicated:

Neal C. Belgam, Esquire                                    *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Plaintiff*

Myron Greenspan, Esquire                                *VIA ELECTRONIC MAIL*
Robert Golden, Esquire
Cathy Shore Sirotin, Esquire
NOLTE LACKENBACH SIEGEL
111 Brook Street, Suite 101
Scarsdale, NY  10583
*Attorneys for Plaintiff*

*/s/ Brian P. Egan*

_____

Brian P. Egan (#6227)